IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>BROADCOM INC. AND<br>BROADCOM CORP.,<br><br>　　　Defendants. | §§§§§§§§§§§§§§ | C.A. No. 7:25-cv-164-DC-DTG<br><br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties Joint Stipulated Motion for Dismissal with Prejudice [ECF No. 43]. It is hereby:

ODERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Clerk shall mark this case CLOSED. All parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED on this 13th day of November, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE